IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY DONACHY and BRUCE KINLEY, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, | ) ) ) ) ) ) ) ) ) | Civil Action No. 04-245E Judge Sean J. McLaughlin |
| Defendants | ) ) | JURY TRIAL DEMANDED |

### AMENDED CASE MANAGEMENT ORDER

**AND NOW**, this _____ day of _____, 2005, the parties, having filed a joint motion to amend the case management order, and the Court having given the matter due consideration, **IT IS ORDERED**, that the motion be, and the same hereby is, **GRANTED**, and that the case management order shall be amended as follows:

A. All outstanding discovery shall be concluded on or before October 30, 2005.

B. The parties shall file cross-motions for summary judgment on or before November 21, 2005.

C. The parties shall file any opposition to a motion for summary judgment on or before December 20, 2005.

There shall be no further amendments to the case management order or extensions without good cause shown.

**IT IS SO ORDERED**

_____

Judge Sean J. McLaughlin