IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY DONACHY and BRUCE KINLEY, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:04-CV-245 ) |
| MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, | ) ) Judge Sean J. McLaughlin ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

TO: Clerk of United States District Court
Western District of Pennsylvania

You will please enter my appearance on behalf of the plaintiffs in the above captioned action.

BY: /s/ Jason Mettley
Jason Mettley, Esquire
Pa. I.D. #81966
JUBELIRER, PASS & INTRIERI, P.C.
219 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15222
T: (412) 281-3850
F: (412) 281-1985
Email: jm@jpilaw.com

Attorney for Plaintiffs