IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY DONACHY and BRUCE KINLEY, on behalf of themselves and others similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION,<br>　　　　Defendants | Docket No. 04-245E<br>(Judge Sean J. McLaughlin)<br><br>ELECTRONICALLY FILED PLEADING<br><br>JURY TRIAL DEMANDED<br><br>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Filed on behalf of: Defendants<br><br>Counsel of record for this party:<br>Richard A. Lanzillo, Esq.<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email rlanzillo@kmgslaw.com<br>PA53811 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

　　　　Defendants, Motion Control Industries, Inc., Division of Carlisle Corporation, and Retirement Plan for Bargaining Unit Employees of Motion Control Industries, Division of Carlisle Corporation, hereby move for summary judgment pursuant to F.R.C.P. 56.

　　　　In support of this motion, defendants incorporate by reference their Concise Statement of Material Facts, Appendix of Exhibits, and Memorandum in Support of Motion for Summary Judgment:

For the reasons set forth in their accompanying memorandum, defendants are entitled to summary judgment on all claims of plaintiffs' Complaint. No material issue of fact remains for trial and defendants are entitled to judgment in their favor as a matter of law.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

DATE: November 4, 2005

By: /s/ Richard A. Lanzillo
Richard A. Lanzillo
PA53811
120 West Tenth Street
Erie, PA 16501-1461
Telephone: (814) 459-2800
Fax: (814) 453-4530
Email: rlanzill@kmgslaw.com

Attorneys for Defendants, Motion Control Industries, Division of Carlisle Corporation, Retirement Plan for Bargaining Unit Employees of Motion Control Industries, Division of Carlisle Corporation

# 641117