IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY DONACHY and BRUCE KINLEY, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:04-CV-245<br>)<br>)<br>)　Judge Sean J. McLaughlin<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Larry Donachy and Bruce Kinley, on behalf of themselves and others similarly situated, hereby move this Honorable Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Support for this Motion is fully set forth in the accompanying Brief in Support of Motion for Summary Judgment, and their Concise Statement of Material Facts.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JUBELIRER, PASS & INTRIERI, P.C.

　　　　　　　　　　　　　　　　　　BY:　　　/s/ Jason Mettley
　　　　　　　　　　　　　　　　　　　　　Robert A. Eberle, Pa. I.D. #47359
　　　　　　　　　　　　　　　　　　　　　Jason Mettley, Pa. I.D. #81966
　　　　　　　　　　　　　　　　　　　　　219 Fort Pitt Boulevard
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　(412) 281-3850
　　　　　　　　　　　　　　　　　　　　　(412) 281-1985 (fax)
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2005, a true and correct copy of Plaintiffs' Motion for Summary Judgment, was served on counsel for the Defendants identified as follows and in the manner indicated:

*Via electronic service through CM/ECF:*

>Richard A. Lanzillo, Esquire
>Knox, McLaughlin, Gornall & Sennett
>120 W. Tenth Street
>Erie, PA   16501-1461
>rlanzillo@kmgslaw.com

                                                  s/Jason Mettley