IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY DONACHY and BRUCE KINLEY, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 1:04-CV-245 |
| MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, | ) ) ) Judge Sean J. McLaughlin ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, _____, Plaintiffs having filed a motion for summary judgment, the Defendants having responded and the Court having given the matter due consideration, **IT IS ORDERED**, that the motion be, and the same hereby is, **GRANTED**, and that judgment be entered in the Plaintiff's favor, as follows:

    A.    Declare that the Retirement Plan must calculate the retirement benefit for Donachy, Kinley and all other participants whose retirement dates fall after June 27, 2003 based on the multiplier of $31.00 per month per year of service.

    B.    For any participant who retired after June 27, 2003 and before the entry of a final order in this lawsuit, order the Retirement Plan to re-calculate the pension benefits of each such individual using the multiplier of $31.00 per month per year of service, including retroactive payments for benefits already paid.

2

      C.    Plaintiffs shall submit a motion for attorneys' fees and costs within \_\_\_\_ days of this Order. The Defendants shall file a response to Plaintiff's motion for attorneys' fees and costs \_\_\_\_ days thereafter.

 

_____

U.S. District Court Judge