IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY DONACHY, et. al., ) | |
|     Plaintiff, ) | |
| ) | |
| Vs. ) | Civil Action No. 04-245 Erie |
| ) | |
| MOTION CONTROL INDUSTRIES, et al., ) | |
|     Defendant. ) | |

### **O R D E R**

AND NOW, to wit, this 28th day of November, 2005, the Defendant having filed with the Court a Brief in Support of Summary Judgment,

IT IS HEREBY ORDERED that Plaintiff is directed to file a Reply Brief on or before December 6, 2005.

                                                S/Sean J. McLaughlin
                                                Sean J. McLaughlin
                                                United States District Judge

cc: all parties of record