IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY DONACHY and BRUCE KINLEY, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 1:04-CV-245

Judge Sean J. McLaughlin

**PLAINTIFFS' BRIEF IN OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Larry Donachy and Bruce Kinley, on behalf of themselves and others similarly situated, respectfully submit this Brief in Opposition to Defendants' Motion for Summary Judgment.

On November 4, 2005, Defendants timely filed a Motion for Summary Judgment in the above-captioned action, requesting that the Court enter summary judgment on all claims asserted by Plaintiffs. On November 21, 2005, Plaintiffs timely filed a Motion for Summary Judgment, a Brief in Support of Plaintiffs' Motion for Summary Judgment, and a Concise Statement of Material Facts in Support of Plaintiffs' Motion for Summary Judgment, requesting that the Court enter judgment in their favor on all claims asserted.

For all the reasons stated in Plaintiffs' Brief in Support of Plaintiffs' Motion for Summary Judgment, which Plaintiffs' incorporate by reference as if set forth in full, Larry

Donachy and Bruce Kinley, on behalf of themselves and others similarly situated, respectfully request that this Honorable Court deny Defendants' Motion for Summary Judgment.

                                 Respectfully submitted,

                                 JUBELIRER, PASS & INTRIERI, P.C.

                                 BY:        /s/ Jason Mettley
                                         Robert A. Eberle, Pa. I.D. #47359
                                         Jason Mettley, Pa. I.D. #81966
                                         219 Fort Pitt Boulevard
                                         Pittsburgh, PA 15222
                                         (412) 281-3850
                                         (412) 281-1985 (fax)
                                         rae@jpilaw.com
                                         jm@jpilaw.com
                                         Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of December 2005, a true and correct copy of the Brief in Opposition to Defendants' Motion for Summary Judgment was served on counsel for the Defendants identified as follows and in the manner indicated:

*Via electronic service through CM/ECF:*

        Richard A. Lanzillo, Esquire
        Knox, McLaughlin, Gornall & Sennett
        120 W. Tenth Street
        Erie, PA   16501-1461
        rlanzillo@kmgslaw.com

                                         /s/Jason Mettley