MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Donachy, et al.

*Plaintiff*

vs.

Motion Control Industries

*Defendant*

No. 04-245 E

HEARING ON Mtn. for Summary Judgment

Before Judge McLaughlin

Jason Methey
Robert Eberle
*Appear for Plaintiff*

Richard Lanzillo
*Appear for Defendant*

Hearing begun 1:24 pm on 12-14-05    Hearing adjourned to 2:28 p.m.

Hearing concluded C. A. V.    Stenographer Janis Ferguson
Clerk: Jeff Grossett

WITNESSES:

For Plaintiff                For Defendant

Mtn. taken under advisement