IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY DONACHY and BRUCE KINLEY, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | Civil Action No. 1:04-CV-245 |
| MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, | ) ) ) ) ) ) ) ) | Judge Sean J. McLaughlin |
| Defendants | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Larry Donachy and Bruce Kinley, on behalf of themselves and others similarly situated, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Final Judgment entered in this action on the 21st day of December, 2005.

JUBELIRER, PASS & INTRIERI, P.C.

BY:            s/Robert A. Eberle
               Robert A. Eberle, Esquire
               Pa. I.D. #47359

BY:            s/Jason Mettley
               Jason Mettley, Esquire
               Pa. I.D. #81966

               219 Fort Pitt Boulevard
               Pittsburgh, PA 15222
               412-281-3850
               412-281-1985 (fax)
               Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Notice of

Appeal was served upon counsel for defendant this 12th day of January, 2006, by First Class

U.S. Mail, postage prepaid, addressed as follows:

> Richard A. Lanzillo, Esquire
> Knox, McLaughlin, Gornall & Sennett, P.C.
> 120 W. Tenth Street
> Erie, Pennsylvania 16501-1461


                                        s/Robert A. Eberle
                                  Robert A. Eberle, Esquire


DATED:  January 12, 2006