CA 04-245 E
appeal filing fee
receipt 06-171

```
           UNITED STATES
           DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

           # 06000171 - JD
           January 13, 2006

   Code   Case #    Qty    Amount

   APPEAL D 04-245ca e   1 @  255.00
                            255.00 CC

   TOTAL →                255.00


   FROM: ROBERT EBERLE
         219 FORT PITT BLVD
         PITTSBURGH PA
         15222
```