UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-1180
Donachy, et al.
vs.
Motion Contr Ind, et al.

Larry Donachy, Appellant

(Western District of Pennsylvania Civil No. 04-cv-00245E)

TRANSCRIPT SCHEDULING ORDER

TO: Ms. Janis L. Ferguson

    The transcript in the above-captioned matter, having been ordered on 1/17/06, is due on or before **2/21/06**.

    If satisfactory financial arrangements have not been made, you must immediately notify this office in writing since this is cause for dismissal of the appeal.

    If you cannot meet this deadline, a timely application for an extension of time must be filed.

For the Court,

*Marcia M. Waldron*

MARCIA M. WALDRON
Clerk

Date: January 19, 2006

cc:
    Robert A. Eberle, Esq.
    Jason Mettley, Esq.
    Richard A. Lanzillo, Esq.

    Mr. Michael D. Powers, Court Reporter Coordinator