**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 06-1180

Donachy, et al.

vs.

Motion Contr Ind, et al.

Larry Donachy, Appellant

(Western District of Pennsylvania Civil No. 04-cv-00245E)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.



A True Copy:

Marcia M. Waldron, Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: December 29, 2006

cc:
    Jason Mettley, Esq.
    Robert A. Eberle, Esq.
    Richard A. Lanzillo, Esq.